# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RAEGAN C. LIRETTE

NO. 2023 KW 0415

**MAY 2, 2023**

---

In Re:     Raegan C. Lirette, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 844551.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT